Marta Alvarez, Appellant, v NYLL Management Ltd. et al., Respondents.

Submitted December 22, 2014; decided January 8, 2015

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of Paula Andrews, Respondent, v County of Rockland, Appellant.

Submitted November 17, 2014; decided January 8, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.